# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

In re:
Tyrone A. Conard                                     Case No. 14-10093-RGM
Joyce L. Conard,                                     Chapter 7
    Debtors

Tyrone A. Conard                                     AP No.:
Joyce L. Conard,
    Plaintiffs
v.

Internal Revenue Service,
    Defendant

## Complaint to Determine Dischargeability of Debt

Debtors, Tyrone A. Conard and Joyce L. Conard, through counsel, hereby state that:

1. Debtors filed a voluntary petition under chapter 7 of the Bankruptcy Code in this court on January 8, 2014.

2. The debtor's Chapter 7 case was discharged on April 14, 2014.

3. Jurisdiction is vested in this proceeding under 28 USC §1334;

4. This is a core matter arising in a bankruptcy case, under 28 USC §157.

5. Debtors, Tyrone and Joyce Conard bring this adversary proceeding to determine whether their Federal Income Taxes for the years 2003 - 2010 were discharged in this Chapter 7 bankruptcy case.

WHEREFORE, Debtors request that this Court:

    1. Determine that the debtors' tax debt is dischargeable and is discharged.

July 19, 2016                                By:    /s/ Robert R. Weed
                                                                          Robert R. Weed, VSB #24646
                                                                          Law Offices of Robert R. Weed
                                                                          Counsel for Debtor
                                                                          300 Garrisonville Rd Suite 201
                                                                          Stafford, VA  22554
                                                                          Tel:  (703) 335-7793

Parties to be Served:

Honorable Loretta E. Lynch
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dana J. Boente, U.S. Attorney
Justin W. Williams United States Attorney's Building
2100 Jamieson Ave
Alexandria, VA 22314

The Honorable John Koskinen, Commissioner
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224