IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | Case No. 14-10093-KHK |
| | ) | |
| TYRONE A. CONARD, | ) | Chapter 7 |
| JOYCE L. CONARD, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| TYRONE A. CONARD, | ) | |
| JOYCE L. CONARD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 16-01121-KHK |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF FILING OF CORRECTED DOCUMENTS**

The United States of America, as the real party in interest and in place of the named federal defendant, hereby files corrected versions of Dkt. 20 (attached as Ex. A), 20-4 (attached as Ex. B), and 28 (attached as Ex. C). The only change to these documents is the correction of a typographical error regarding the amount of tax that was self-reported by the Conards on their 2006 income tax return. Previously, the Declaration of Linda Lorello (Dkt. 20-4), at p. 2, listed the amount of self-reported tax for tax year 2006 as "$256,838." This figure is in fact the amount of taxable income reported by the Conards, not the amount tax reported. The correct figure is $84,950.

This error resulted from a manual transcription error when the declaration was being prepared. The error was not contained in the IRS transcripts of account attached to the

declaration or in the IRS proof of claim.  The attached corrected copies reflect the corrected amount of self-reported tax, as well as the correct percentage of voluntary payments made by the debtors (*i.e.,* less than 2%, rather than of less than 1%).

September 20, 2017                                          DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Nelson Wagner*
NELSON WAGNER
989413 (D.C.)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-616-3369 (v)
202-514-6866 (f)
Nelson.Wagner@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017, I served a copy of the foregoing, and all attachments thereto, through the Court's ECF system on all parties to this case and mailed a copy of the foregoing, including a copy of all attachments, by first class mail postage prepaid, to the following:

Robert R. Weed
Law Offices Of Robert Weed
300 Garrisonville Rd., Suite 201
Stafford, VA 22554

*Trustee*
Kevin R. McCarthy
McCarthy & White, PLLC
1751 Pinnacle Dr. Ste 1115
McLean, VA 22102

                                                  */s/ Nelson Wagner*
                                                  NELSON WAGNER