UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

| | |
|---|---|
| Tyrone A. Conard,<br>Joyce L Conard, | Case No. 14-10093<br>Chapter 7 |
| Debtors. | |
| Tyrone A. Conard,<br>Joyce L. Conard, | AP No. 16-01121-KHK |
| Plaintiffs,<br>v. | |
| Internal Revenue Service, | |
| Defendant. | |

### ORDER

In accordance with the Memorandum Opinion entered this date,

**IT IS ORDERED** that the Motion for Summary Judgment filed by the Internal Revenue Service in this Adversary Proceeding is **GRANTED** as to Plaintiff Tyrone A. Conard and **DENIED** as to Plaintiff Joyce L. Conard, and it is further

**ORDERED** that the debt of Plaintiff Tyrone A. Conard to the Internal Revenue Service for tax years 2004 through 2009 is excepted from his discharge pursuant to 11 U.S.C. § 523(a)(1)(C).

Date: December 13, 2017          /s/ Keith L. Phillips
                                  United States Bankruptcy Judge

Entered on Docket: December 14, 2017

Copies to:

Tyrone A. Conard
Joyce L. Conard
15581 Andover Heights Drive
Woodbridge, VA 22193

Robert R. Weed
Law Offices Of Robert Weed
300 Garrisonville Road, Suite 201
Stafford, VA 22554

Nelson D. Wagner
U.S. Department of Justice, Tax Division
P O Box 227
Washington, DC 20044

Kevin R. McCarthy
1751 Pinnacle Drive Suite 1115
McLean, VA 22102